UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> THRIFTY PAYLESS, INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: EDCV 20-550-GW-SPx <br><br> **ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets an Order to Show re: Settlement Hearing for August 20, 2020 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a stipulation to dismiss, is filed by noon on August 18, 2020.

**IT IS SO ORDERED.**

Dated: June 25, 2020

_____
HONORABLE GEORGE H. WU
United States District Judge