<strong>JS-6</strong>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> THRIFTY PAYLESS, INC., et al., <br><br> Defendants. | Case No.  EDCV 20-550-GW-SPx <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice

IT IS SO ORDERED.

Dated: August 25, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE